ORIGINAL

RUSH MOORE LLP
A Limited Liability Law Partnership

WALTER BEH, II  1129-0
CHERYL A. NAKAMURA  3007-0
737 Bishop Street, Suite 2400
Honolulu, Hawaii  96813-3862
Telephone No.: (808) 521-0400
Fax No.: (808) 521-0497
Email: Wbeh@rmhawaii.com
       Cnakamura@rmhawaii.com
Attorneys for Defendants CITIFINANCIAL
MORTGAGE COMPANY, INC. and CITIMORTGAGE, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 09 2007

at 3 o'clock and 00 min. PM
SUE BEITIA, CLERK

LODGED

MAY 08 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EUGENE K. OKUBO and CYNTHIA S. OKUBO,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITIFINANCIAL MORTGAGE COMPANY, INC. and CITIMORTGAGE, INC.,<br><br>　　　　Defendants. | Case No. CV06-00591 SOM BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER; CERTIFICATE OF SERVICE<br><br>Trial Date: November 14, 2007 |

STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES AND ORDER

　　　It is hereby stipulated by and between Plaintiffs EUGENE K. OKUBO and CYNTHIA S. OKUBO and Defendants CITIFINANCIAL MORTGAGE COMPANY, INC. and CITIMORTGAGE, INC., by and through their undersigned counsel, being all of the parties herein, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, based on a settlement, that Plaintiffs' Complaint filed herein on November 1, 2006, is hereby dismissed with prejudice.

　　　Each party is to bear its own attorney's fees and

S:\Wpdata\WBeh\10598-37110\Pleading\008 Stip Dis.wpd　　1

costs, except as set forth in a Settlement and Release Agreement executed by the parties hereto.

There is no pending motion for summary judgment; no further hearing has been scheduled in this matter; there are no remaining parties and/or issues;

The Court retains jurisdiction to reopen the proceeding, upon good cause shown, if the settlement conditions have not been satisfied timely.

DATED: Honolulu, Hawaii, _____May 4, 2007_____.

_____
JOHN HARRIS PAER
Attorney for Plaintiffs
EUGENE K. OKUBO and
  CYNTHIA S. OKUBO

_____
WALTER BEH, II
CHERYL A. NAKAMURA
Attorneys for Defendants
CITIFINANCIAL MORTGAGE COMPANY,
INC. and CITIMORTGAGE, INC.

APPROVED AND SO ORDERED:

_____
UNITED STATES JUDGE

---

Eugene K. Okubo and Cynthia S. Okubo vs. Citifinancial Mortgage Company, Inc., et al; Civil No. CV06-00591 SOM BMK; Stipulation for Dismissal with Prejudice of All Claims and Parties and Order